NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**DEALERTRACK, INC.,**
*Plaintiff-Appellant,*

v.

**DAVID L. HUBER AND FINANCE EXPRESS, LLC,**
*Defendants-Appellees,*

AND

**JOHN DOE DEALERS,**
*Defendants,*

AND

**ROUTEONE, LLC,**
*Defendant-Cross Appellant.*

---

2009-1566, -1588

---

Appeals from the United States District Court for the Central District of California in consolidated case no. 06-CV-2335, Judge Andrew J. Guilford.

---

**ON MOTION**

---

## O R D E R

Upon consideration of the unopposed motions to lift the stay of the briefing schedule,

IT IS ORDERED THAT:

The motions are granted. The stay of the briefing schedule is lifted. DealerTrack, Inc.'s opening brief is due no later than October 29, 2010. David L. Huber et al.'s brief and RouteOne, LLC principal and response brief are due no later than December 8, 2010. DealerTrack's response and reply brief is due no later than January 18, 2011. RouteOne's reply brief is due no later than February 2, 2011.

FOR THE COURT

OCT 0 4 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Henry C. Dinger, Esq.
    Lawrence M. Hadley, Esq.
    Jesse J. Jenner, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 0 4 2010

JAN HORBALY
CLERK